UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daisy M. Salas , | Case No. 10-61203 SLJ |
| Debtor(s). | Chapter 7 |
| Brandon Romines, | Adversary No. 11-05027 SLJ |
| Plaintiff(s), | |
| vs. | **ORDER SETTING TELEPHONIC STATUS CONFERENCE, SETTING INITIAL DISCLOSURES, AND DISCOVERY CONFERENCE** |
| Daisy M. Salas , | |
| Defendant(s). | |

The purpose of this Order is (1) to notify the parties of their obligation under Fed. R. Civ. P. 26, as incorporated by Fed. R. Bankr. P. 7026, to make initial disclosures and meet for a discovery conference; and (2) to modify those Rule 26 requirements in certain respects. As such, this Order has no effect in any proceeding exempted under Rule 26(a)(1)(B) from the initial disclosures and discovery conference requirements. For purposes of this Order, "Status Conference" means the date and time set forth

1

1 in the Summons.

2     **1. Date and Time of Status Conference:** A telephonic Status

3 Conference will be held on **April 28, 2011** at **2:00 PM.** Instructions

4 for telephonic appearances are attached and are incorporated as

5 part of this order.

6     **2. The Discovery Conference**. At least 21 calendar days before

7 the Status Conference, the parties shall confer in person or by

8 telephone at a discovery conference as required by Rule 26(f).

9 Plaintiff shall initiate contact regarding arrangement of the

10 discovery conference. Defendant shall cooperate in fixing the time

11 and place of the discovery conference. Except to the extent the

12 parties stipulate otherwise, no party shall initiate or conduct any

13 formal discovery prior to the discovery conference. The parties may

14 conduct informal discovery.

15     **3. Settlement and BDRP**. At the discovery conference, the

16 parties shall consider the nature and basis of their claims and

17 defenses and the possibility of any early settlement. The parties

18 shall also discuss alternative dispute resolution options as

19 required by B.L.R. 9040-3 and comply therewith. The Bankruptcy

20 Dispute Resolution Program (BDRP) offers a means to resolve

21 disputes quickly, at less cost and often without the stress and

22 pressure of litigation. Parties wishing assignment to the BDRP or a

23 judicially supervised settlement conference should contact Ms.

24 Tanya Bracegirdle at 408. 278-7556. The BDRP procedures are

25 explained in B.L.R. 9040-1 *et seq*. A list of available resolution

26 advocates is available in the Clerk's Office and on the Court's

27 website.

28     **4. Initial Disclosures**. At the discovery conference, the

**ORDER SETTING TELEPHONIC STATUS CONFERENCE RLE CASES**

1 parties shall arrange to make the initial disclosures required by

2 Rule 26(a), without necessity of a formal discovery request. The

3 initial disclosures shall be made at or within 14 calendar days

4 after the discovery conference. All disclosures shall be in

5 writing, signed by the party or his or her attorney, and served on

6 all other parties.

7      **5. Discovery Plan**. At the discovery conference, the parties

8 shall develop a written discovery plan signed by all parties or

9 their counsel, that reflects the parties' view and proposals

10 concerning:

11      (a)  what changes, if any, should be made in the timing, form,

12           or requirements of the initial disclosures;

13      (b)  the timing, subject matter, and limitations, if any, of

14           discovery to be conducted after the initial disclosures;

15           and

16      (c)  the subject of any orders that the Court should enter

17           under Rule 26(a)(1) and Rule 16(b) and (c) applicable

18           herein by Fed. R. Bankr. P. 7016.

19 The discovery plan shall be filed within 14 calendar days after the

20 discovery conference.

21      **6. Pretrial Disclosures**. Notwithstanding Rule 26(a)(3),

22 pretrial disclosures shall be made in accordance with further order

23 of the Court.

24      **7. Status Conference Statements**. At least 7 days before the

25 initial Status Conference and at least 7 days before each

26 subsequent Status Conference, all parties shall file a statement

27 addressing the status of the case, including:

28      (a) each legal theory on which the party relies and a brief

3

general statement of the facts supporting such theories;

    (b) proposed cut-off dates for discovery and pretrial motions and the estimated time for trial and desired trial dates;

    (c) a statement by non-governmental corporate party identifying its parent corporations and any publicly held company that owns 10% or more of the party's stock.

**8. Service of this Order**. The summons, complaint, the BDRP information sheet and this Order shall be served by plaintiff on all parties within 10 days of the date of this Order. A return or proof of service shall be filed within 5 days after service.

DATED: January 25, 2011                   /S/ Stephen L. Johnson
                                       UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

**1. Telephone Procedures To Be Followed**

Appearances for telephonic status conferences will be arranged through Court Conference.

Participants will be contacted at the telephone number set forth at the top of the pleading with the participant's identification. All participants shown on the court's calendar 7 days prior to the telephonic Status Conference will be contacted by Court Conference at least two days prior to the telephonic Status Conference to confirm participation in the conference call and payment arrangements.

Attorneys who are unavailable when called by Court Conference **MUST** return the call within 24 hours. The decision whether or not to appear by telephone **MUST** be made <u>at this time</u> and, if non-responsive, you will not be added to the call at the last minute. Do not argue with Court Conference or request special treatment. Court Conference's function is no more than to offer you the opportunity to appear by telephone. Your election to appear by telephone constitutes your agreement for telephonic appearances.

The cost of appearing telephonically is $40.00. Court Conference will arrange payment by the participant either through the use of a major credit card or, in the case of attorneys, may offer to bill for its service.

If a participant has not been contacted two days before the telephonic Status Conference, participants may contact Court Conference at 1-866-582-6878 to discuss procedures, confirm dates and times, etc. Participants must reference this Court, and the case name and number when calling Court Conference.

At the time of the scheduled telephonic Status Conference, Court Conference will contact the participant as prearranged. Court Conference may initiate calls to some participants on a delayed basis to minimize waiting time. **All participants <u>MUST</u> be available when called**. If the participant is not available when called, you will be billed for the call and the telephonic Status Conference will proceed in the participant's absence. The court

may impose sanctions as set forth below.

At the time of the telephonic Status Conference you will initially be in the listening mode and able to hear the case before yours just as if you were in the courtroom. After your call is connected to the courtroom, the Courtroom Deputy will call the case. The Judge will ask for appearances and direct the manner in which the telephonic Status Conference proceeds. Each time a participant speaks, he or she must identify himself or herself for the record. When the Judge informs the participants that the hearing is completed, the participants may disconnect and the next case will be called.

Telephonic appearances are connected directly with the courtroom's public address system and electronic recording equipment so that a normal record is produced. To ensure a quality record, the use of car phones, public telephone booths, or phones in other public places is <u>prohibited</u> except in the most extreme emergencies. Participants should be able to hear all parties without difficulty or echo. The system also allows more than one speaker to be heard so that the Judge can interrupt a speaker to ask a question or redirect the discussion.

**2. <u>Sanctions</u>**

Telephonic appearances by multiple participants are <u>only</u> possible where there is compliance with every procedural requirement. Sanctions may be imposed when there is any deviation. Sanctions may include dropping the matter from the calendar, continuing the hearing, proceeding in the absence of an unavailable participant, or a monetary sanction of **$100** or more. Where Court Conference agrees to bill for its services and the billings are not timely paid attorneys should expect a sanction of **$250** to be imposed.

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

6