# Notice Recipients

District/Off: 0971–5　　　　User: nortiz　　　　Date Created: 1/25/2011
Case: 11–05027　　　　　　Form ID: pdfeoapc　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　　Gary Leibowitz　　　attorneygary@gmail.com

TOTAL: 1